UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 4:19-cv-17-SEB-DML |
| | ) |
| SCOTT HOTEL GROUP, LLC; and PAUL KRATZER, | ) |
| | ) |
| Defendants. | ) |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: _____8/29/2019_____
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate as follows:

1. The Parties have each considered the uncertainties of further litigation, trial, and potential appeals in this matter; the costs, risks, and delays associated with the litigation process; and the benefits of the proposed settlement; and the Parties have entered into a settlement agreement to resolve their disputes.

2. Defendants do not admit any liability or wrongdoing of any kind and, to the contrary, disputes all claims and allegations in Plaintiff's Complaint.

3. Pursuant to the settlement agreement, the Parties hereby stipulate and agree to the dismissal with prejudice of the Plaintiff's claims.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was electronically filed with the Court using the CM/ECF system on August 28, 2019 and notification of such filing was sent to all parties of record.

                                                        /s/Anthony J. Debre

304256110v1 1004378